836

No. 86–6938. DUTTON *v.* MAYNARD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 86–6942. GOREE *v.* CUNNINGHAM. C. A. 6th Cir. Certiorari denied.

No. 86–6946. KIDD ET AL. *v.* CITY OF ENNIS, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–6947. HENSON *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 86–6948. CABAL *v.* ENVIRODYNE ENGINEERS, INC. C. A. 8th Cir. Certiorari denied.

No. 86–6949. CARVER *v.* JACK ECKERD CORP. C. A. 11th Cir. Certiorari denied.

No. 86–6950. MMOE *v.* CROTHERS ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 86–6951. LYONS *v.* SCOTT ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–6952. BEAMER *v.* MUNCY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–6956. MARTIN *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. Sup. Ct. Ohio. Certiorari denied.

No. 86–6957. SUEING *v.* COURT OF APPEALS OF MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 86–6958. YOUNG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–6959. McLINDON *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 86–6963. KELLY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–6965. BURRELL *v.* DAVIS, WARDEN. C. A. 11th Cir. Certiorari denied.